Michael D. Johnson    043908
Name and Prisoner/Booking Number

Place of Confinement

1230 W. Hadley St    Apt. 111
Mailing Address

Phx AZ, 85007
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED _____    LODGED _____
RECEIVED _____    COPY _____

JUL 2 4 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Michael Dewayne Johnson ,
(Full Name of Plaintiff)

                    Plaintiff,

v.

(1) Daiv D Snow ,
(Full Name of Defendant)

(2) Joshua R. Mesqita ,

(3) Mary ann McKessy ,

(4) Michael K. Jeans ,

                    Defendant(s).

☑ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CV-19-04802-PHX-DLR--DMF**

(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.  JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
    ☐ Other: _____.

2.  Institution/city where violation occurred: Phx, AZ. / Maricapa county courts .

Revised 3/11/16                    1                    **550/555**

## B.  DEFENDANTS

1.  Name of first Defendant: _David D Snow_____ . The first Defendant is employed
as: _Phoenix.Gang unit Detective_____ at _South mountain Precinet_____
    (Position and Title)                                              (Institution)

2.  Name of second Defendant: _Joshua R. mesquita___ . The second Defendant is employed as:
as: _Phoenix Gang unit Detective_____ at _South mountain Precinet_____
    (Position and Title)                                              (Institution)

3.  Name of third Defendant: _Mary ann McKessy_____ . The third Defendant is employed
as: _Deputy county Attorney_____ at _maricopa County Attorny Office_
    (Position and Title)                                              (Institution)

4.  Name of fourth Defendant: _Michael K. Jeans_____ . The fourth Defendant is employed
as: _clerk of the court_____ at _maricopa county Superior court_
    (Position and Title)                                              (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C.  PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?    ☑ Yes       ☐ No

2.  If yes, how many lawsuits have you filed? ____1____. Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties: _Michael D. Johnson_____ v. _State of Arizona_____
        2.  Court and case number: ____N/A_____
        3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) _case dismissed_
        _in mid to late 90's procedural Rule violation (my part )_____

    b.  Second prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
        _____

    c.  Third prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
        _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

Continued from pg. (1)

1. Defendants
2.
3. 5.Brian Kaiser
4.
5. 6. Robert Duffy
6.
7. 7. Paul Vollmer
8.
9. 8. Joan M. Sinclair
10.
11. 9. Brittany Lamb
12.
13. 10. Jacob Brown
14.
15. 11. Adena J. Astrowsky
16.
17. 12. Michael K. Jeans
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.

Pg. 1-A

Continued from pg. (2)

1.
2. Name of fifth Defendant: Brian Kaiser: The fifth defendant is
3. Employed as, Judge. Pro Tempore, Commissioner at Maricopa County
   Position and title                              Institution
4. Superior court.
5.
6. name of sixth Defendant: Robert Duffy. The sixth defendant is employed as:
7. Deputy county Attorney, at Maricopa county Attorny's office.
   position and title                    Institution
8.
9. name of seventh Defendant: Paul Vollmer, The seventh defendant is
10. employed as, Maricopa county Attorny, at Maricopa County Atorny Office:
    Position and title                      Institution
11.
12. name of eighth Defendant: Judge. Joan M. Sinclair. the eighth defendant
13. employed as: Superior court Judge  at Maricopa county Superior court
    Position and title               Insititution
14.
15. name of ninth defendant: Brittany Lamb. the ninth defendant is employed
16. as. Attorny public defender  at Maricopa County Atorny's office
    position and title              Insititution
17.
18. name of tenth Defendant: Jacob Brown. The Tenth defendant is employed
19. as Deputy county Attorney  at Maricopa county Attorney office
    Position and title
20.
21. name of eleventh Defendant: Adena J. Astrowsky. eleventy defendant
22. Employed as: Deputy county Attorney. at, maricopa county Attorney office
    Position and title                         Insititution
23.
24. name of twelfth Defendant: Michael K Jeans. defendant employed as
25. clerk of the court  at Maricopa county Superior court.
    Position and title            Insititution
26.
27.                          2, B

## D.  CAUSE OF ACTION

### COUNT I

1.  State the constitutional or other federal civil right that was violated: 4th Amendment of the United States constitution

2.  **Count I.**  Identify the issue involved.  Check **only one.**  State additional issues in separate counts.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety
    - ☑ Other: Illegal Seizure

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

     AT all material Times, and upon information and belief, herein defendants, Detective, David Shaw and Detective, Joshua R. Mesquita. conduct and action or lack thereof, did deprived the plaintiff of rights, privileges and immunities, guaranteed by state and federal law, and state and federal constitution, by committing a pretextual traffic stop in order to search for a crime. Alleging the driver of the vehicle, mr. Kenneth Swindle, was speeding. The vehicle was in the plaintiff's care, who was a passenger, in the vehicle at the time. Their conduct and action or lack thereof in stopping and seizing the vehicle and the plaintiff was in violation of the 4th Amendment of the United States constitution, illegal search and seizure. their conduct and action or lack thereof occured under color of state law. The defendants are sued in their individual and offical capacity. The illegal seizure occured Nov. 11th 2015 at 16:40 hours

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

     plaintiff was seized, Arrested and Jailed and imprisen for 2.5 yrs suffering physical and emotional pain and stress lost of time and events with Family and love ones

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No
    b.  Did you submit a request for administrative relief on Count I?  ☑ Yes  ☐ No
    c.  Did you appeal your request for relief on Count I to the highest level?  ☐ Yes  ☑ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. was released from prison two days after Rule 32 (Post conviction for relief) no other remedies after release

**COUNT II**

1. State the constitutional or other federal civil right that was violated: _14th Amendment of the United States Constitution_

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: _Due process clause_

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   At all material times herein, upon information and belief, Defendants, Detective, David Snow, and Detective, Joshua R. Mesquita, who's conduct and action or lack thereof, did deprive the plaintiff of rights, privileges, and immunities guaranteed by state and federal law and state and federal Constitution, did, after committing a pretextual traffic stop on Nov. 11th 2015 at 16:45 hours, seizing the vehicle unreasonbly and searching it without probable cause, after Alleging the driver mr. kennth Swindle was driving on a suspended license. The defendants failed to follow police operational procedures to impound and search the vehicle where drugs were found, their conduct and action or lack thereof was in violation of the due process clause of the 14th Amendment of the united states constitution, their conduct and action or lack thereof occured under color of state law. The defendants are sued in their individual capacity and offical capacity. The defendants never ran a records check, their seizure of the vehicle was unreasonable as well as the seizure of the plaintiffs person and his arrest

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Plaintiff was arrested at 16:45 hrs Nov. 11th 2015 and imprisoned for 2.5 yrs, losing all he had and lost of time and events with family and love ones

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _appealed charges post conviction for relief, Denied appeal two days before release from prison, no other remedie_

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: 14th Amendment of The United States Constitution Due Process .

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☐ Medical care
   ☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
   ☐ Excessive force by an officer    ☐ Threat to safety    ☒ Other: Ariz. R. Crim. proc. Rule 4.1.B .

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   At all material times herein. The plaintiff was arrested without a warrant on Nov. 11th 2015, by Detective snow, defendant #1, with the assistance of Detective mesquita, defendant #2, defendant, maryann mckessy, who's conduct and action or lack thereof, did deprive the plaintiff of rights privileges, and immunities guaranteed by state and federal laws and state and federal constitution. when on Nov 16th 2015, at 4:08 PM did file a direct complaint against the plaintiff. 116 hours after the plaintiff's initial appearance. in violation of Rule 4.1.B. Ariz. Rule's of criminal procedure This is in violation of the statute of limitation of 48 hours to file formal charges. the defendant Ms. mckessy. without the power to act upon the charges against the plaintiff, filed formal charges against the plaintiff in violation of the 14th amendment of the united states constitution Due Process Clause. the defendant conduct and action occured under color of state law. the defendant is sued in her individual and offical capacity

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s),
   the result of the defendant's action, was the plaintiff spending time in prison, losing what little he had, and family and love ones relationships for the sentence of 2.5 yrs in prison (lost of liberty )

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes    ☐ No
   b. Did you submit a request for administrative relief on Count III?    ☒ Yes    ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?    ☐ Yes    ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. timely filed post conviction for relief (Rule 32) appeal denied two day before my release. no other remedies available .

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

Count III

1.
2. Constitutional violation; 14th Amendment of the united states constitution.
3. Issue involved: Arizona Revised statutes; commencement of
4. Action sec. 22-311
5.
6. At all material times herein, upon information and belief. The de-
7. fendant, (#3) maryann mckessy. at 4:08.pm her conduct and action
8. Did, on Nov. 16th 2015, deprived the plaintiff of, rights, privileges,
9. and immunities guaranteed by federal, and state Law, and federal
10. and state constitutions. by commencing criminal action against.
11. the plaintiff Michael D. Johnson- deliberately evaded the justice
12. of the peace, and or the magistrates, neutral and detached
13. function when charging the plaintiff by complaint. unsworn to
14. under oath and signed. upon information and belief, the defendant.
15. maryann mckessy. charging complaint was not presented to a
16. Justice Court, in compliance with Arizona Rules of Criminal
17. Procedures. the defendant, exercise of goverment and or state
18. power, was arbitrary, and without the power to act upon the
19. subject matter, and or the person. because the statute of
20. limitation to file charges, had expired. defendants, conduct and
21. action, or lack thereof. occured under color of state law in
22. violation of the 14th amendment of united states constitution
23. Due process clause. defendant sued in her individual and offical capacity.
24.
25. Injuries; Jailed and imprisoned for 2.5 years, emotional suffering.
26. Administrative Remedies; Released from prison. no remedies available
27.                                    (6)

## Count, (5)

1.
2. Constitutional violation: 14th Amendment of the united states
3. Constitution.
4. Issue involved... : ☑ other: Due process
5.
6.
7.

8. Supporting facts:
9. At all times material herein. upon information and belief. The defendant
10. Michael K. Jeans, as, the maricopa county clerk of the superior court. on
11. Nov. 16th at $408^{pm}$. deprived the plaintiff of rights, privileges, and immu—
12. nities guaranteed by state and federal law and state and federal
13. Constitutions.
14. when The defendant knew or should have known That stamp filing the
15. direct complaint from defendant. Maryann Mckessy. without a
16. Magistrate's state seal or a magistrate's signature was in violation
17. of the 14th Amendmen of the united states constitution. the defendants
18. failure to have in place a system that would not allow late filings
19. of complaints. denied plaintiff his due process rights.
20. The defendant's action and conduct or lack thereof occure under
21. color of state law. The defendant is sued in his individual and
22. offical capacity. for accepting a charging complaint pass the statute
23. of limitation without a magistrut stampsealandor signature.
24. Injuries: Jailed and imprisoned for 2.5 yrs. physical and emotional pain
25.
26. Administrative Remedies: Released none available
27.              7.

Count (6)

1.
2. Constitutional Violation; 4th Amendment of the United States Constitution
3.
4. Issue Involed; Illegal Seizure
5.
6.                    Supporting facts
7. At all times material, upon information and belief. The defendant
8. Maryann Mc Kessy. on Nov.16th 2015 at 4:08pm Did file criminal
9. Charges agaist the plaintiff, pass the statute of limitation to
10. file charges by complaint. against a person arrested without a warrant.
11. the defendant did not have the power to act upon the subject
12. Matter and or the person, 116 hours after the plaintiff's initial
13. Appearance. When 16A A.R.S Rules of criminal procedure Rule 4.1.B
14. Mandates charges Shall be filed 48hrs after the person arrested
15. Initial appearance. the defendant, did illegal seize the plaintiff
16. when criminal Charges were filed against the plaintiff, passed
17. the statute of limitation to file said charges. in violation of the
18. 4th Amendment of the united states constitution Search and seizure
19. The defendant's conduct and action occured under color of state Law
20. the defendant is sued in her individual and offical capacity
21.
22. Injuries; Illegal deprived of my freedom for 2.5yrs physical and
23. emotional pain and stress
24.
25. Administrative remedies; released from prison after appeal. no
26. other remedies available. appeal was denied
27.                       (8)

Count (7)

1. Constitutional violation: The 14th Amendment of the united States
2. Constitutional. Due process
3.
4. Issue involved: other, Liberty interest.
5.
6. Supporting facts: At all times material, and upon information and belief.
7. The plaintiff, Michael Johnson. Was illegally arrested without a
8. warrant. On Nov.11th 2015 at 16:45, The plaintiff's, initial appearance
9. was held, Nov, 12th at 2:00 Am. Arizona Revised statutes, as well as
10. Arizona Rules of criminal procedure., mandates that a person arrested
11. without a warrant, 48hrs, after his/her initial appearance Charges
12. must be filed against the accused. The defendant, Maryann mckessy:
13. with blatant disregard for the statutory mandates of the Arizona rules
14. criminal procedures. creating a state created liberty intrest. by filing
15. A direct complaint 116 hrs. after the plaintiff's initial appearance.
16. the plaintiff, had an expectation and a right to be free from his restrain,
17. and confinement, or custody after 48hrs after his initial appearance
18. if charges are not filed. the defendant's conduct and action or lack
19. thereof was in violation of 14th Amendment, liberty interest of the United
20. States constitution due process clause. the defendant's actions occured
21. under color of state law, defendant sued in her individual capacity and
22. offical capacity.
23.
24. Injury, lost of freedom for 2½ years
25.
26. Administrative remedies. filed appeal (post conviction). Denied appeal relief, released
27. Two days later release. No other remedie availble.

(9)

Count (8)

1.

2. Constitutional violation: 14th Amendment of the United States Constitution

3. Procedural Due process.

4.

5. Issue Involved: .... ☑ Other: A.R.S. sec. 22 -301. Jurisdiction of

6. criminal action

7.                    Supporting facts

8. At all material times, upon information and belief: on or about Dec. 14th

9. 2015, the plaintiff Michael D Johnson. Who was illegaly arrested with-

10. out a warrant and in custody. was taken to attend a prelimin-

11. ary hearing to determine probable cause, for the purpose of

12. commencing criminal action, against the plaintiff michael D.

13. Johnson. The defendant Brian Kaiser the presiding Judge, magistrate,

14. or pro-tem Judge. DiD not have the power to act upon the

15. subject matter, andor upon the person charged with the crime.

16. Pursuant to Arizona Rules of criminal procedures. statute of

17. limitation. if charges are not filed 48hrs after the person arrested,

18. Initial appearance. then the person arrested shall be released

19. and the preliminary hearing. shall be vacated. The defendant

20. Brian Kaiser. Conduct and action or lack thereof deprived the

21. plaintiff of rights, privileges and immunities guaranteed by federal,

22. and state law and federal and state constitutions. the defendant's

23. conduct and action occured under Color of state law. The

24. defendant, is sued in his individual and offical capacity

25. Injuries: lost of liberty for 2.5yrs. illegally held.

26. Administrative Remedies: none available released from prison.

27.                    (10)

Count (9)

1.
2. Constitutional violation; 14th Amendment of The United States
3. Constitution
4. ISSUE Involed; Procedural due process, fundametal fairness
5.               Supporting facts:
6. AT all material times. upon information and belief, The defendant,
7. Paul vollmer. did deprived The plaintiff of rights, immunities
8. and liberty, guaranteed by State and federal law, and state and
9. federal constitutions. When the defendant failed to file a motion
10. to release the plaintiff for failure to file charges, before, statute of
11. limitation expired, to file charges. The defendant, action and conduct
12. AT an illegal preliminary hearing that should of been vacated by Law,
13. and rules of the court. The defendant, without subject matter
14. Jurisdiction, to act upon the charges, and or the power to act
15. Against the person, in a proceeding by rule of court, and Law,
16. That should of been vacated, in violation of fundamental fairness
17. of the due process clause of the 14th Amendment of The united
18. States constitution. The defendant's conduct and action occured
19. under color of state law. The defendant is sued in his individual
20. and offical capacity.
21.
22. Injuries; Jailed and imprison for 2.5yrs. suffering physical
23. and emotional pain, stress lost of time and events with family and
24. love ones
25. Administrative Remedies. filed appeal, Denied, two days later
26. released from prison, no remedies available.
27.               (11)

Count(10)

1.
2. Constitutional violation: 6th Amendment of the united state con-
3. stitution
4.
5. ISSuE involed : Ineffective Assistance of counsel.
6.                           Supporting facts
7. On Nov. 20th 2015, The plaintiff michael p Johnson: was being held in
8. custody to fact charges in the maricopa county Justice court
9. The defendant, Robert Duffy. a maricopa county public defender.
10. was appointed by the court, to represent the plaintiff at his
11. preliminary hearing. for the charges filed Nov. 16th 2015 by defendant
12. Maryann McKessy. The defendant, Robert Duffy. failure to file a
13. motion for, lack of Jurisdiction, and a, motion for release for failure.
14. to file a complaint. The defendant failed as an ATTorney. to provide
15. Effective assistance of counsel. in violation of the 6th Amendment
16. of the united States constitution. ineffective assistance of counsel.
17. The defendants conduct, and action, or lack thereof. in the allowance
18. of the procedural error in which resulted in an lawful conviction and
19. sentence of 2.5 yrs. occured under color of state Law. defendant, sued
20. in his individual and offical capacity
21.
22. Injury : Jailed and inprisoned for 2.5 yrs physical and emotional
23. pain
24. Administrative Remedie's: filed post conviction appeal denied. two days
25. later released from prison. no other remedie's available
26.
27.                         (12)

Count-eleven

1

2  Constitutional violational; 14th Amendment of the united states Consti-

3  tution Due process clause

4

5  Issue Involved: <u>Lack of Jurisdiction</u>

6

7  At all material times, upon information and belief, on Dec 14th 2015, on

8  or about. in the court room of <u>Brian Kaiser</u> a hearing to determine

9  probable cause through preliminary examination, for the purpose of

10  commencing criminal action against the plaintiff cause #

11  <u>CR2015-151971-001</u> Was held, The defendant, Judge, <u>Brian Kaiser</u>

12  Judgement, was finding probable cause and holding the plaintiff

13  to face criminal action in the maricopa County Superior court

14  for possess/use of narcotic drugs. The defendant <u>Joan m. sinclair.</u>

15  Judge of the superior court presided over the pre-trial proceedings

16  and sentencing phase against the plaintiff cause # CR2015-151971-

17  001. The defendant Judge. Sinclair. Was acting absence of all

18  Jurisdiction as to subject matter and person, pursuant to

19  Arizona rules of criminal procedure rule 4.1.B <u>Judge. Brian Kaiser</u>

20  could not obtain subject matter jurisdiction because defendant.

21  MS. MCKessy was time Barred to file a complaint and rule 4.1.B

22  Vacates the preliminary hearing and The person arrested shall be

23  release. the defendant Judge. Joan m. sinclair. held court proceedings

24  outside any lawful authority and limits of the jurisdiction of the

25  court and sentence the plaintiff to 2.5 yrs in prison in violation

26  of the 14th Amendment of the united states constitution

27              13

## Count twelve

1.
2. Constitutional Violation: 14th Amendment of the united states
3. constitution Due process
4.
5. ISSue Involved: fundamental fairness
6.                                    facts
7. At all material times. upon information and belief. The defendant
8. Jacob Brown. in the court room of defendant Judge, Joan m. sinclair
9. deprived The plaintiff of rights, privileges and immunities guaranteed
10. by state and federal law and state and federal constitution. by
11. prosecuting and convicting the plaintiff by plea offer under cause
12. # CR2015-151971-001. without any legal authority to act on The
13. charges of CR2015-151971-001 (Subject matter) or, against the
14. person the plaintiff michael Johnson. when commencement of action
15. was time Barred by Arizona rules of criminal procedures rule 411.B
16. statute of limitation. CR-2015-151971 could not exist legally.
17. The defendant Jacob Brown. offering of a plea without any
18. legal authority to do so was in violation of the due process clause
19. of the 14th Amendment of the united states constitution. The defendant
20. didn't have the power to act upon CR-2015-151971-001. or the person
21. (Plaintiff) defendand conduct and action occured under color of
22. state law. defendant sued in his individual capacity
23.
24. Injuries: Jail and imprison for 2.5 yrs
25.
26. Administrative remedies: filed appeal (Denied) released from prison
27. no other remedies available.          (14)

## Count Thirteen

1.
2. Constitutional Violation: 6th amendment of the united states
3. constitution
4.
5. Issue Involved : Ineffective Assistance of counsel
6. ### Supporting facts
7. AT all material times the defendant, Brittany Lamb: was appointed
8. to represent the plaintiff under cause # CR-2015-151971-001, which
9. Should of been vacated or dismissed for failure to file a complaint
10. in the time frames of statute of limindation rule 4.1.B: rules of
11. criminal procedures, the defendant, ms.Lamb: fail to provide The
12. plaintiff with effective assistance of counsel by her failure to
13. file a motion to release the plaintiff for failure to file a compliant
14. or a motion to release the plaintiff for lack of jurisdiction :instead
15. she advised the plaintiff to to take a plea offer. The defendant's
16. action and conduct deprived the plaintiff of his rights and liberty
17. guaranteed by state and federal law and state and federal consti-
18. tution. The defendant conduct and action occured under color
19. of state law in violation of the 6th Amendment of the united
20. states constitution.defendant  sued in her individual capacity
21. and offical capacity.
22.
23. Injuries: Jailed and imprison for 2.5 yr.s. physical and emotional
24. pain and stress
25.
26. Administrative remedies: Did appeal was denied. release from prison
27. no other remedies                           15

Count Fourteen

1

2  Constitutional Violation: 14th Amendment of the Due process clause
3  of the United States Constitution

4

5  Issue Involved: CORam NON Judice
6. The defendant was illegally seized by defendants, Det. Snow, and Det.
7. Mesquita, on Nov. 11th 2015; The defendant Ms. McKessy. filed criminal charges
8. Against the plaintiff, pass the statute of limintation to file a complaint
9. (time Barred). The defendant Michael K Jeans. Cleark of the court accepted
10. the time Barred complaint stamp filing it Cause # CR 2015-151971-001
11. on Nov 16th 2015 at 4:08 pm; The defendant. Brian Kaiser held proceeding in a
12  court room in maricopa county Justice court. holding the plantiff to
13  Answer the charges in the Superior court; The defendant Joan m.
14  Sinclair held proceeding in a courtroom in the maricopa county Superior
15  Court. convicting the plaintiff and sentencing him to 2.5yrs in prison
16  by plea offer; the defendant. Jacob Brown Deputy prosecutor, for the
17  State of Arizona. by plea offer convicted the plaintiff to 2.5yrs in
18  prison: The plaintiff was push through the legal system, and proceeding
19  of court room that were outside the presence of a Judge. the
20  judgements and sentence passed in the court rooms of defendant
21  Brain Kaiser and defendant Joan m. sinclair had no authority
22  to try an accused or pass judgement against him. in violation of
23  Clearly established law, deprived the plaintiff of rights, immunities, and
24  his liberty, for 2.5yrs defendants conduct and action occured under
25  color of state law. defendants sued in their individual and offical
26  capacity

27                              16

Continued from pg. 16

1
2  Injuries: Jailed and imprison for 2.5 yrs lost of liberty physical and
3  emotional pain and suffering
4
5  Administrative remedies: filed appeal, Denied, release two days later
6  from prison no other remedies available
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

17

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

Compensatory damages in the amount of $250,000 dollars against each defendant, Jointly and severally.
Punitive damages in the amount of 2.5 million dollars (2,500,000) against each defendant any additional relief this court deems just, proper and equitable
Jury trial on all issues triable by Jury.
Plaintiffs Cost in this suit
Penalties for each defendant for Violating their oath of office

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    7/24/2019                                    Michael D Johnson
                    DATE                                    SIGNATURE OF PLAINTIFF

N/A
_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

N/A
_____
(Signature of attorney, if any)

N/A
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.   If you need more space, you may attach no more than fifteen additional pages.   But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6